IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184 070 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:10-CV-754-ID |
| v. ) | |
| ) | (WO) |
| ) | |
| SGT. WILLIAMS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On September 9, 2010 the Magistrate Judge entered a Recommendation (Doc. #3), to which no timely objections have been filed. After a review of the Recommendation, and an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is ORDERED

1. That the RECOMMENDATION (Doc. #3) of the Magistrate Judge be and the same is hereby ADOPTED; and

2. That this case be and the same is hereby DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this the 30th day of September, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE