IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184 070 | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:10-CV-754-ID |
| v. | ) |
| | ) (WO) |
| | ) |
| SGT. WILLIAMS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is

CONSIDERED, ORDERED, and ADJUDGED that judgment be and the same is hereby entered in favor of the Defendants, and against Plaintiff Gregory Lee and that the Plaintiff take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against the Plaintiff, for which let execution issue.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of September, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE